UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHEFFIELD LABS | CIVIL ACTION NO.<br>3:08 CV 00224 (DJS) |
| v. | |
| HARTZ MOUNTAIN CORP. | APRIL 28, 2010 |

## MOTION TO ENLARGE TRIAL DEADLINES

    The undersigned with the consent of all counsel hereby moves for a forty day extension for the filing of trial memorandum and exhibits.
    The case has been set down for mediation before Magistrate Smith for June 9, 2010 and the parties represent that incurring attorney fees and costs prior to the mediation would be counter productive to the resolution of the case.
    Therefore, it is requested that the deadlines for all submissions due before trial be extended forty days from June 9, 2010.


_____/s/_____
Frank J. Liberty
ct14089
The Liberty Law Firm, LLC
105 Huntington Street
New London, CT 06320
Phone 860-437-7722
Fax 860-439-0040
liberty_law_firm@sbcglobal.net

## CERTIFICATION

I hereby certify that on this 28th day of April 2010 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

\_\_\_\_\_/s/_____
Frank J. Liberty
ct14089